IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD A. THOMAS,

    **Plaintiff,**

v.                                                                          Case No. 1:19-cv-93-AW-GRJ

**DEPUTY J. PETTIT, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This case is before the Court upon the Magistrate Judge's June 20, 2019 Report and Recommendation. ECF No. 9. No party has filed an objection. The Court has reviewed the filings and has determined that the Report and Recommendation should be adopted. It is ORDERED that (i) the Report and Recommendation is adopted and incorporated by reference in this Order; (ii) this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted; (iii) the Clerk is directed to enter a judgment stating: "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted"; and (iv) the Clerk shall close the file.

SO ORDERED on August 13, 2019.

                                          s/ *Allen Winsor*
                                          United States District Judge